985 So.2d 59 (2008)
Antonio JOHNSON, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D07-3349.
District Court of Appeal of Florida, First District.
June 18, 2008.
Antonio Johnson, pro se, Appellant.
Bill McCollum, Attorney General, and Jason Lee White, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Newsome v. Singletary, 637 So.2d 9, 10 (Fla. 2d DCA 1994).
WEBSTER, VAN NORTWICK, and THOMAS, JJ., concur.